## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE BY HIS FATHER AND NEXT FRIEND, JAMES DOE and JAMES DOE and MARY DOE | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) ) | CA. No. 12-40029 |
| QUABOAG REGIONAL SCHOOL DISTRICT PETER WAHLSTROM, INDIVIDUALLY, DAVID I. DRISCOLL, JR., INDIVIDUALLY, and GREGORY MYERS, INDIVIDUALLY | ) ) ) ) | |
| Defendants | ) | |

### DEFENDANT QUABOAG REGIONAL SCHOOL DISTRICT'S NOTICE OF REMOVAL

NOW COMES the defendant Quaboag Regional School District (herein "defendant") in

the above-entitled cause, and respectfully shows to the Court:

1. The above action has been brought in the Worcester Superior Court and is now pending therein. Said action was commenced on March 10, 2010. After substantial discovery has occurred, including depositions, the plaintiffs have recently amended their complaint adding new parties and new counts (including a newly added count under 42 U.S.C. § 1983). The defendant, Quaboag was served with the plaintiffs' Second Amended Complaint on March 5, 2012, and the time for filing of this notice has not expired.

2. Said action involves a controversy of federal question, namely, alleged civil rights violations under 42 U.S.C. § 1983.

3. The nature of the controversy between the plaintiff and said petitioners is as follows: Plaintiffs have alleged that the school failed to have proper guarding in place for a table saw operated by plaintiff, John Doe and further allegedly failed to properly instruct/ supervise/ warn the plaintiff, John Doe about proper and safe operation of the table saw. Plaintiffs allege that the school's negligent acts and omissions caused the plaintiff, John Doe, to seriously injure three fingers on his left hand while operating the saw. The plaintiffs further allege that the school's negligent conduct resulted in a loss of consortium by plaintiff, John Doe's parents, James Doe and Mary Doe. The plaintiff brings the within action alleging counts for negligence, gross negligence and purported civil rights violations under 42 U.S.C. § 1983.

4. The matter in controversy between the plaintiffs and defendants also involves a federal question.

   WHEREFORE the petitioners pray that this cause be removed from said state court to this Honorable Court as provided by law.

<br>

QUABOAG REGIONAL DISTRICT
SCHOOL COMMITTEE,
by their Attorneys:

<br>

*/s/ Gerard T. Donnelly, Esquire*
Gerard T. Donnelly, Esquire, BBO #553283
John M. Dealy, Esquire, BBO #647216
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone:  (508) 791-6287
Fax:  (508) 791-2652
*E-mail:   gdonnelly@hassettanddonnelly.com*
            *jdealy@hassettanddonnelly.com*

Dated:  March 20, 2012

## CERTIFICATE OF SERVICE

I, Gerard T. Donnelly, counsel of record for the defendant in this action do hereby certify that I have served a copy of the foregoing *Defendant's Notice of Removal* to all parties, by first class mail, postage prepaid, this 20th day of March 2012, to:

Richard A. Goren, Esquire
Ryan D. Sullivan, Esquire
Bodoff & Associates, P.C.
120 Water Street
Boston, MA 02109

/s/ Gerard T. Donnelly
Gerard T. Donnelly, Esquire